IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REGINALD UNDERWOOD FULLARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:25CV945 |
| DETECTIVE B.K. WITCHER, et al., | ) ) ) | |
| Defendant(s). | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Reginald Fullard, a detainee in Guilford County, North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. However, the Court cannot further process the Complaint because, pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed *in forma pauperis* in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). This Court alone previously dismissed at least five of Plaintiff's cases for being frivolous or failing to state a claim upon which relief could be granted. Fullard v. Valentine, No. 1:18CV386 (M.D.N.C. June 11, 2019) (unpublished); Fullard v. North Carolina

Yadkin County, No. 1:18CV384 (M.D.N.C. June 11, 2019) (unpublished); Fullard v. Staley, No. 1:18CV383 (M.D.N.C. June 11, 2019) (unpublished); Fullard v. Perry, No. 1:18CV258 (M.D.N.C. April 20, 2018) (unpublished); Fullard v. Staley, No. 1:15CV16 (M.D.N.C. Nov. 29, 2016) (unpublished). Plaintiff alleges no facts demonstrating any imminent danger in the present case. Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the applicable $405.00 filing fee. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the $405.00 filing fee.

This, the 27th day of October, 2025.

/s/ Joe L. Webster<br>
United States Magistrate Judge