IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD UNDERWOOD FULLARD,     )
                                )
            Plaintiff,          )
                                )
     v.                         )     1:25CV945
                                )
DETECTIVE B.K. WITCHER et al.,  )
                                )
            Defendants.         )

**ORDER**

On October 27, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 5), as well as a Supplement to his Objection (Doc. 6).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the $405.00 filing fee.

                    /s/   Thomas D. Schroeder
                    United States District Judge
November 26, 2025